IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK MCKAY, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIANNE GIBBONS *et al.*, | : | No. 18-2112 |
| *Defendants* | : | |

**ORDER**

AND NOW, this 21st day of January, 2022, upon consideration of Officer Grayo's and Officer Gansky's Motion for Summary Judgment (Docs. No. 128, 129) and Mr. McKay's Response in Opposition (Doc. No. 130), it is **ORDERED** that the Officers' Motion (Doc. No. 128) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

It is **FURTHER ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE